<br/>

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>LINDA MORROW,<br><br>   Defendant. | Case No. SA CR 15-00099 (A) - JLS - 3<br><br>**ORDER GRANTING MOTION FOR TELEPHONIC APPEARANCE AT HEARING ON HOOPER, LUNDY & BOOKMAN, P.C.'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR LINDA MORROW**<br><br>[Hon. Josephine L. Staton]<br><br><u>Motion for Leave to Withdraw as Counsel for Linda Morrow</u><br>Hearing Date:  March 30, 2018<br>Hearing Time:  11:30 a.m.<br>Location:  Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, Courtroom 10A, 10th Floor<br><br>Trial Date:       None Set<br><br>[*Motion submitted concurrently herewith*] |

Having reviewed Hooper, Lundy & Bookman, P.C.'s ("HLB") Motion to Appear Telephonically, and finding good cause therefore, IT IS HEREBY ORDERED that David S. Schumacher of Hooper, Lundy & Bookman, P.C. is permitted to attend the hearing on HLB's Motion for Leave to Withdraw as Counsel for Linda Morrow telephonically.

Dated: March 23, 2018

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge